# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-16265-MDC

JANICE C HELLER

400 GLENDALE ROAD
UNIT J-52
HAVERTOWN, PA 19083

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JANICE C HELLER

    400 GLENDALE ROAD
    UNIT J-52
    HAVERTOWN, PA 19083

Counsel for debtor(s), by electronic notice only.

    JOHN W CRAYNOCK
    LAW OFFICE OF JOHN W CRAYNOCK
    226 W MARKET ST
    WEST CHESTER, PA 19382

/S/ William C. Miller

Date: 12/18/2018

William C. Miller, Esquire
Chapter 13 Standing Trustee